FILED
NOV 1 6 2020
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:20-mj-1302-RJ

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CRIMINAL INFORMATION |
| | ) | |
| NELDA ABIGIL VILLARREAL | ) | |

United States Courts
Southern District of Texas
FILED
*August 19, 2021*
Nathan Ochsner, Clerk of Court
**4:21-MJ-1784**

The United States Attorney charges that:

Count One

On or about October 14, 2020, in the Eastern District of North Carolina, at Marine Corps Base, Camp Lejeune, the Defendant, NELDA ABIGIL VILLARREAL, did knowingly, willfully, and unlawfully steal and purloin the goods and property of the United States, such property having a value of less than $1,000.00, in violation of Title 18, United States Code, Section 641.

Count Two

On or about October 14, 2020, in the Eastern District of North Carolina, at Marine Corps Base, Camp Lejeune, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, NELDA ABIGIL VILLARREAL, did willfully conceal goods and merchandise of a store without authority, without having purchased the goods, and while still on the premises of the store, in violation of North

Carolina General Statute Section 14-72.1, as assimilated by Title 18, United States Code, Section 13.

ROBERT J. HIGDON, JR.
United States Attorney

By: /s/ Mark J. Griffith
MARK J. GRIFFITH
Special Assistant U.S. Attorney
Criminal Division

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Nelda Abigil Villarreal<br>*Defendant* | )<br>)<br>)  Case No.  7:20-mj-1302-RJ<br>)<br>)<br>) |

## BENCH ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Nelda Abigil Villarreal                                                                                             ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☑ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Defendant, having been charged with theft of government property in violation of 21 USC § 844 and shoplifting by concealment in violation of NCGS § 14-72.1, failed to appear for her initial appearance on 6/14/2021 and 8/5/2021.

Date:   08/05/2021

*Issuing officer's signature*

City and state:   Wilmington, North Carolina           Robert B. Jones, Jr., United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

# U.S. District Court
## EASTERN DISTRICT OF NORTH CAROLINA (Southern Division)
### CRIMINAL DOCKET FOR CASE #: 7:20-mj-01302-RJ-1

| | |
|---|---|
| Case title: USA v. Villarreal | Date Filed: 11/16/2020 |

Assigned to: Magistrate Judge Robert B. Jones, Jr

### Defendant (1)

| | | |
|---|---|---|
| **Nelda Abigil Villarreal** | represented by | **Deirdre A. Murray**<br>Federal Public Defender's Office<br>150 Fayetteville Street, Suite 450<br>Raleigh, NC 27601<br>919-856-4236<br>Fax: 919-856-4477<br>Email: deirdre_murray@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| **Pending Counts** | **Disposition** |
|---|---|
| Theft of government property in violation of 18 USC 641<br>(1) | |
| Shoplifting by concealment in violation of NCGS 14-72.1, as assimilated by 18 USC 13-7990<br>(2) | |

**Highest Offense Level (Opening)**

Misdemeanor

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

### Plaintiff

| | | |
|---|---|---|
| USA | represented by | **Mark J. Griffith**<br>LSSS SAUSA Section<br>MARINE CORPS INSTALLATIONS EAST -MCB<br>PSC Box 20005<br>Camp Lejeune, NC 28542-0005<br>910-451-2394<br>Email: mark.griffith@usmc.mil<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/16/2020 | 1 | CRIMINAL INFORMATION as to Nelda Abigil Villarreal (1) Counts 1, 2. (Grady, B.) (Entered: 11/18/2020) |
| 11/18/2020 | 2 | Penalty Sheet *(Selected Participants Only)* as to Nelda Abigil Villarreal. (Grady, B.) (Entered: 11/18/2020) |
| 11/18/2020 | 3 | Notice of Hearing as to Nelda Abigil Villarreal: Initial Appearance set for 12/10/2020 at 10:00 AM in Wilmington Courtroom 100 before US Magistrate Judge Robert B. Jones, Jr. (Grady, B.) (Entered: 11/18/2020) |
| 12/10/2020 | 5 | Minute Entry for proceeding held before US Magistrate Judge Robert B. Jones, Jr:Defendant Nelda Abigil Villarreal failed to appear in Wilmington on 12/10/20 for scheduled initial appearance. Assistant US Attorney, present for Government, requests continuance. Initial Appearance reset for 2/11/2021 at 10:00 AM in Wilmington, Courtroom 100 before US Magistrate Judge Robert B. Jones, Jr. (Court Reporter FTR Gold) (Grady, B.) (Entered: 12/11/2020) |
| 01/04/2021 | 6 | Notice of Hearing sent via US Mail to Nelda Abigil Villarreal. (Grady, B.) (Entered: 01/04/2021) |
| 02/11/2021 | 7 | Minute Entry for proceeding held before US Magistrate Judge Robert B. Jones, Jr.: Defendant Nelda Abigil Villarreal failed to appear in Wilmington on 2/11/2021 for scheduled initial appearance. Assistant US Attorney, present for Government, requests continuance. Initial Appearance reset for 4/8/2021 at 10:00 AM in Wilmington, Courtroom 100 before US Magistrate Judge Robert B. Jones, Jr. (Court Reporter FTR Gold) (Grady, B.) (Entered: 02/12/2021) |
| 02/12/2021 | 8 | Notice of Hearing sent via US Mail to Nelda Abigil Villarreal. (Grady, B.) (Entered: 02/12/2021) |
| 03/29/2021 | 9 | CJA 23 Financial Affidavit by Nelda Abigil Villarreal. (Attachments: # 1 Envelope) (Grady, B.) (Entered: 03/29/2021) |
| 03/30/2021 | 10 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Nelda Abigil Villarreal. Signed by US Magistrate Judge Robert B. Jones, Jr. on 3/30/2021. (Grady, B.) (Entered: 03/30/2021) |
| 04/08/2021 | 11 | Notice of Attorney Appearance: Deirdre A. Murray appearing for Nelda Abigil Villarreal . (Murray, Deirdre) (Entered: 04/08/2021) |

| | | |
|---|---|---|
| 04/08/2021 | 12 | Minute Entry for proceeding held before US Magistrate Judge Robert T. Numbers, II: Docket Call as to Nelda Abigil Villarreal held on 4/8/2021 in Wilmington, Courtroom 100. Special Assistant US Attorney present for Government. Counsel for Defendant requests continuance of initial appearance with consent of Government. Initial Appearance reset for 6/10/2021 at 10:00 AM in Wilmington, Courtroom 100 before US Magistrate Judge Robert B. Jones, Jr. (Court Reporter FTR Gold) (Grady, B.) (Entered: 04/09/2021) |
| 06/10/2021 | 13 | Minute Entry for proceeding held before US Magistrate Judge Robert B. Jones, Jr.: Defendant Nelda Abigil Villarreal failed to appear in Wilmington on 6/10/2021 for scheduled initial appearance. Special Assistant US Attorney, present for Government, requests the Court issue an order to show cause; so ordered. Initial Appearance reset for 8/5/2021 at 10:00 AM in Wilmington, Courtroom 100 before US Magistrate Judge Robert B. Jones, Jr. (Court Reporter FTR Gold) (Grady, B.) (Entered: 06/14/2021) |
| 06/14/2021 | 14 | ORDER TO SHOW CAUSE as to Nelda Abigil Villarreal. Signed by US Magistrate Judge Robert B. Jones, Jr. on 6/14/2021. Copy sent via US Mail to Defendant. (Grady, B.) (Entered: 06/14/2021) |
| 08/05/2021 | 15 | Minute Entry for proceeding held before US Magistrate Judge Robert B. Jones, Jr.: Defendant Nelda Abigil Villarreal failed to appear in Wilmington on 8/5/2021 for scheduled initial appearance. Counsel present on behalf of Defendant. Special Assistant US Attorney, present for Government, requests bench warrant; so ordered. (Court Reporter FTR Gold) (Grady, B.) (Entered: 08/09/2021) |
| 08/10/2021 | 16 | Bench Warrant issued by US Magistrate Judge Robert B. Jones, Jr. in case as to Nelda Abigil Villarreal. Copy emailed to US Marshal's Office for service. (Grady, B.) (Entered: 08/10/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/19/2021 12:21:09 | | | |
| **PACER Login:** | txsus0288:2650724:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 7:20-mj-01302-RJ |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**